# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# (WESTERN DIVISION)

| | |
|---|---|
| WILLIAM BURTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 3:04-CV-30173 |
| GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

The Defendant, Great-West Life & Annuity Insurance Company ("Great-West"), hereby moves for a short extension of time to answer, move or otherwise respond to the Complaint in the above-captioned action to and including September 27, 2004. As grounds for this motion, Defendant states as follows:

1. On September 3, 2004, Defendant filed a Notice of Removal to remove this action from the Superior Court of the Commonwealth of Massachusetts in the county of Hampden to this Court.

2. The aforesaid Complaint was filed with the Clerk of Courts for Hampden Superior Court on or about August 6, 2004.

3. Great-West was served with the Complaint on or about August 16, 2004. The Notice of Removal was filed within thirty (30) days after service of process.

4. Great-West requests a short two-week extension of time to answer, move or otherwise respond to the Complaint. Such an extension would cause Defendant's responsive

BO1 15667068.1

pleading to be due on or before September 27, 2004. Defendant has not requested or received any prior extensions in this case.

5. Counsel for the Plaintiff has assented to this Motion.

WHEREFORE, Defendant Great-West respectfully requests that this Court grant its request for an extension until September 27, 2004 for Defendant to answer, move or otherwise respond to the Complaint in the above-captioned matter.

        Respectfully submitted,

        DEFENDANT,
        GREAT-WEST LIFE & ANNUITY
        INSURANCE COMPANY,

        By its attorney,

        _____
        Krista Green Pratt (BBO #644741)
        SEYFARTH SHAW LLP
        World Trade Center East
        Two Seaport Lane, Suite 300
        Boston, MA 02210-2028
        (617) 946-4800 (tel.)
        (617) 946-4801 (fax)

        ASSENTED-TO

        WILLIAM BURTON,

        By his attorney,

        _____
        Timothy J. Ryan (BBO #551680)
        CREVIER & RYAN, LLP
        1500 Main Street, Suite 2200
Dated: September 10, 2004    Springfield, MA 01115-5532
        (413) 787-2400

2

BO1 15667068.1

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2) of the Local Rules of this Court, I, Krista Green Pratt, hereby certify that I conferred with Plaintiff's counsel, Timothy J. Ryan, Esq., and that Attorney Ryan assented to the granting of this Motion.

_____
Krista Green Pratt

## CERTIFICATE OF SERVICE

I, Krista G. Pratt, hereby certify that on this 10th day of September, 2004, a true copy of the foregoing document was mailed, postage prepaid, to Timothy J. Ryan, Crevier & Ryan, LLP, 1500 Main Street, Suite 2200, Springfield, MA 01115-5532, Counsel for Plaintiff.

_____
Krista G. Pratt

3

BO1 15667068.1