HOW SUMMONS IN THIS CASE CIRCULATION RESOLVED
TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

# COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION
NO. 04  782

William Burton , PLAINTIFF(S)

V.

Great-West Life & Annuity Insurance Company , DEFENDANT(S)

SUMMONS

To the above named defendant:
You are hereby summoned and required to serve upon
Timothy J. Ryan, Esq.
1500 Main Street, Suite 2020
Springfield, MA 01115-5727 , plaintiff's attorney, whose address is _____, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esq., at Springfield the __16th__ day of __August__ in the year of our Lord two thousand four.

Clerk / Magistrate

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM No.1

NOTICE TO DEFENDANT -- You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

# PROOF OF SERVICE OF PROCESS

I hereby certify and return that on <u>August 19,</u>, 2004, I ̶w̶a̶s̶ served a copy of the within summons, together with a copy of the original complaint, in this action, ~~upon the~~ on behalf of the within named defendant, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5):

Per agreement with counsel for plaintiff William Burton, counsel for defendant Great-West Life & Annuity Insurance Company accepted service on behalf of the defendant via first-class mail, postage prepaid.

Krista Pratt, Esq.

Seyfarth Shaw LLP

Two Seaport Lane, Suite 300

Boston, MA 02210

Dated: <u>September 20,</u>, 2004

*[signature]*

## N.B. TO PROCESS SERVER:
PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN THIS BOX <u>ON THE ORIGINAL AND ON THE COPY SERVED ON DEFENDANT.</u>

```
(                                    )
(           August 19,    , 2004 )
(                                    )
```