UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

| | |
|---|---|
| WILLIAM BURTON,<br><br>                Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY<br>INSURANCE COMPANY,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-30173-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORIGINAL**

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

    Pursuant to Local Rule 7.3, Defendant Great-West Life & Annuity Insurance Company hereby states that it is an indirect, wholly owned subsidiary of Great-West Lifeco, Inc.

                                        Respectfully submitted,

                                        GREAT-WEST LIFE & ANNUITY
                                        INSURANCE COMPANY,

                                        By its attorneys,

                                        */s/ Krista Green Pratt*
                                        Joseph W. Ambash (BBO No. 017060)
                                        Krista Green Pratt (BBO No. 644741)
                                        SEYFARTH SHAW
                                        Two Seaport Lane, Suite 300
Dated: September 23, 2004                 Boston, MA 02210
                                        617-946-4800/telephone, 617-946-4801/fax

### CERTIFICATE OF SERVICE

    I hereby certify that on September 23, 2004, a true copy of the foregoing document was served by overnight mail, postage prepaid, upon Timothy J. Ryan, Crevier & Ryan, LLP, 1500 Main Street, Suite 2200, Springfield, MA 01115, Attorney for the Plaintiff.

                                                                 */s/ Krista Green Pratt*
                                                                  Krista Green Pratt