AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS _____

WILLIAM BURTON

**NOTICE**

V.

GREAT WEST LIFE AND ANNUITY             CASE NUMBER:   04-30173-MAP

TYPE OF CASE:

☒  **CIVIL**            **CRIMINAL**

☐  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

INITIAL SCHEDULING CONFERENCE

☒  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **November 15, 2004 at 11:30 a.m.** | **November 22, 2004 AT 9:00 A.M.** |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 10, 2004                                           /s/ *Bethaney A. Healy*

DATE                                                                    (BY) DEPUTY CLERK

TO:     ALL  COUNSEL OF RECORD