UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


WILLIAM BURTON,                          )
                     Plaintiff        )
                                 )
          v.                           )        Civil Action No. 04-30173-MAP
                                 )
                                 )
GREAT-WEST LIFE & ANNUITY )
INSURANCE COMPANY,                       )
                     Defendant      )


SCHEDULING ORDER
November 22, 2004

NEIMAN, U.S.M.J.

      The following schedule was established at the initial scheduling conference this

day:

      1.     Defendant shall respond to Plaintiff's outstanding written discovery

           requests by December 17, 2004.

      2.     All other written discovery shall be served by December 20, 2004.

      3.     Non-expert depositions shall be completed by November 15, 2005.

      4.     Counsel shall appear for a case management conference on November

           17, 2005, at 10:00 a.m. in Courtroom Three.

      IT IS SO ORDERED.


                              /s/ Kenneth P. Neiman
                              KENNETH P. NEIMAN
                              U.S. Magistrate Judge