UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

| | |
|---|---|
| WILLIAM BURTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREAT-WEST LIFE & ANNUITY )<br>INSURANCE COMPANY )<br>)<br>Defendant. )<br>) | Civil Action No. 04-30173-MAP |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, William Burton, and the Defendant, Great-West Life & Annuity Insurance Company. ("Great-West"), hereby stipulate to the voluntary dismissal of all of Plaintiff's claims against Great-West in this action with prejudice and without costs or attorneys' fees to any party. The Plaintiff and the Defendant hereby waive all rights of appeal from the entry of such dismissal.

Respectfully submitted,

| ATTORNEY FOR<br>PLAINTIFF<br>WILLIAM BURTON | ATTORNEYS FOR<br>DEFENDANT<br>GREAT-WEST LIFE & ANNUITY<br>INSURANCE COMPANY, |
|---|---|
| /s/ Timothy J. Ryan<br>Timothy J. Ryan (BBO No. 551680)<br>CREVIER & RYAN, LLP<br>1500 Main Street, Suite 2020<br>Springfield, MA 01115-5727<br>413-787-2400 (telephone) | /s/ Krista Green Pratt<br>Joseph W. Ambash (BBO No. 017060)<br>Krista Green Pratt (BBO No. 644741)<br>SEYFARTH SHAW LLP<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210<br>617-946-4800 (telephone)<br>617-946-4801 (fax) |

Dated: Sept 1, 2005

BO1 15734408.1